IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01767-MSK-MJW

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO POLICY NO. BCM11548

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## NOTICE OF SETTLEMENT AND REQUEST FOR STAY

    Plaintiffs, Certain Underwriters at Lloyd's, London, Subscribing to Policy No. BCM11548 ("Underwriters") by and through their undersigned counsel, The Hustead Law Firm, a Professional Corporation, submits this Notice of Settlement and Request for Stay as follows:

    1.    The parties have reached a mutually agreeable settlement of this matter.

    2.    In light of the settlement, the Court need not consider Underwriters' pending Motion to Amend Judgment pursuant to F.R.C.P. 59 nor their Bill of Costs.  Once the parties' settlement is finalized, the parties will file a Stipulated Motion to Dismiss, rendering Underwriters' post-judgment motion and request for costs moot.  Thus, Underwriters request that the Court hold such motion and request for costs in abeyance until such time as the parties finalize their settlement documents.

    3.    Pursuant to D.C.Colo.LCivR 7.1, the undersigned certifies that she has conferred with Kathy Chaney, counsel for the Defendant, American Family Mutual Insurance Company

("American Family"), regarding the relief requested herein. Ms. Chaney advised that American Family does not oppose this motion.

WHEREFORE, Underwriters respectfully give notice of their settlement with the Defendant, American Family Mutual Insurance Company and request that the Court stay any consideration of Underwriters' post-judgment motions.

Dated this 9th day of October, 2007.

THE HUSTEAD LAW FIRM
*A Professional Corporation*

*s/ Melissa W. Shisler*
Patrick Q. Hustead, Esq.
**Melissa W. Shisler, Esq.**
4643 S. Ulster Street, Suite 1250
Denver, CO  80237
Telephone:  (303) 721-5000

Attorneys for Plaintiff Certain Underwriters at Lloyd's, London, Subscribing to Policy No. BCM11548

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2007, a true and correct copy of the foregoing **Notice of Settlement and Request for Stay** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

L. Kathleen Chaney, Esq.
Lambin & Chaney, LLP
4949 S. Syracuse Street, Suite 600
Denver, CO  80237
kchaney@lclaw.net

          The Hustead Law Firm
            *A Professional Corporation*

          *s/ Melissa W. Shisler*
          Patrick Q. Hustead, Esq.
          **Melissa W. Shisler, Esq**.
          4643 S. Ulster Street, Suite 1250
          Denver, CO  80237
          Telephone:  (303) 721-5000

          Attorneys for Plaintiff Certain Underwriters at Lloyd's, London, Subscribing to Policy No. BCM11548