IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01767-MSK-MJW

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO
  POLICY NO. BCM11548,

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.

## ORDER ON MOTIONS

THIS MATTER comes before the Court on the Plaintiff's Motion to Amend Judgment to a Sum Certain and for Interest Pursuant to Fed. R. Civ. P. 59(e) **(#24)**, and the parties' subsequent Stipulated Motion for Dismissal with Prejudice **(#28)**.

The Stipulated Motion for Dismissal with Prejudice moots the prior Motion to Amend Judgment. In the Motion for Dismissal, the parties ask the Court to dismiss all claims which either were, or could have been, asserted in this action.

On September 10, 2007, the Court granted summary judgment on all claims asserted in the action and entered judgment **(#22, #23)**. Thus, there is nothing to dismiss.

**IT IS THEREFORE ORDERED** that the Plaintiff's Motion to Amend Judgment to a Sum Certain and for Interest Pursuant to Fed. R. Civ. P. 59(e) **(#24)**, and the parties' subsequent

Stipulated Motion for Dismissal with Prejudice **(#28)** are **DENIED.**

Dated this 7th day of November, 2007

                                              **BY THE COURT:**

_/s/ Marcia S. Krieger_
Marcia S. Krieger
United States District Judge